*George S. Hawke* for plaintiff in error. *Mr. Robert A. Le-Blond* for defendant in error.

---

No. 314. UNITED STATES *v.* ROGER B. WOOD, TRUSTEE IN BANKRUPTCY, ETC. Appeal from the Circuit Court of Appeals for the Second Circuit. Motion to dismiss or affirm submitted October 22, 1923. Decided November 19, 1923. *Per Curiam.* Judgment affirmed, upon the authority of *United States Shipping Board Emergency Fleet Corp.* v. *Wood,* 258 U. S. 549, 570, 574; *Guarantee Title & Trust Co.* v. *Title Guaranty & Surety Co.,* 224 U. S. 152. *Mr. Godfrey Goldmark,* for defendant in error, in support of the motion. *Mr. Solicitor General Beck* and *Mr. Henry M. Ward,* for the United States, in opposition to the motion.

---

No. 105. CITY OF WINFIELD *v.* COURT OF INDUSTRIAL RELATIONS ET AL. Error to the Supreme Court of the State of Kansas. Argued November 13, 1923. Decided November 19, 1923. *Per Curiam.* Dismissed for want of jurisdiction, upon the authority of *Trenton* v. *New Jersey,* 262 U. S. 182; *Newark* v. *New Jersey,* 262 U. S. 192; *Sapulpa* v. *Oklahoma Natural Gas Co.,* 258 U. S. 608; *Edgewood* v. *Wilkinsburg & East Pittsburgh Street Ry. Co.,* 258 U. S. 604; *Avon* v. *Detroit United Railway,* 257 U. S. 618; *Chicago* v. *Chicago Railways Co.,* 257 U. S. 617; *Groesbeck* v. *Detroit United Railway,* 257 U. S. 609; *Hillsboro* v. *Public Service Commission of Oregon,* point (3), 255 U. S. 562; *Kansas City* v. *Public Service Commission of Missouri,* 250 U. S. 652; *Pawhuska* v. *Pawhuska Oil Co.,* 250 U. S. 394; *Hunter* v. *Pittsburgh,* 207 U. S. 161, 178. *Mr. Alfred M. Jackson,* with whom *Mr. Charles B. Smith, Mr. Jesse E. Torrence* and *Mr. Schuyler C. Bloss* were on the brief, for plaintiff in error. *Mr. Fred S. Jackson* and *Mr. H. O. Caster* appeared for defendants in error.